In the United States Bankruptcy Court
For the Southern District of West Virginia

In re:
Peter Paul Mitrano,               Case No. 10-20472
          Debtor.                 Chapter 13

---

Peter Paul Mitrano,
          Plaintiff,

     v.                           A.P. No.: 2:11-ap-02002
United States of America, et.al.

Plaintiff's Request for Entry of Defendants
Melka Marine, Inc.'s and Leonard A. Melka's
Defaults Pursuant to Rule 7055(a)

Plaintiff, Peter Paul Mitrano (hereinafter
sometimes referred to as "Mitrano"), pro se, states
Plaintiff's Request for Entry of Defendants
Melka Marine, Inc.'s and Leonard A. Melka's
Defaults Pursuant to Rule 7055(a) as follows:

Pursuant to Rule 7055(a) of the Federal
Rules of Bankruptcy Procedure, Mitrano
respectfully requests that the Clerk of this

Court enter a default against the defendants Melka Marine, Inc. and Leonard A. Melka.

Mitrano attaches hereto the Summons in an Adversary Proceeding dated March 2, 2011 and the Certificate of Service upon Melka Marine, Inc. and Leonard A. Melka. As of the date of this document, Mitrano has not received a response (including but not limited to a motion or answer) to the complaint and said summons previously served upon Melka Marine, Inc. and/or Leonard A. Melka.

THEREFORE, Peter Paul Mitrano, pro se, respectfully requests that the Clerk of this Court enter a default against the defendants Melka Marine, Inc. and Leonard A. Melka.

Respectfully submitted,

Peter P. Mitrano

Peter Paul Mitrano
No. 72996-083
Beckley Camp
Federal Correctional Institution
P.O. Box 350
Beaver, West Virginia 25813

Dated: April 3, 2011.

## CERTIFICATE OF SERVICE

I, *Peter Mitrano*, certify that service of this summons and a copy of the complaint was made *March 10, 2011*
(name)                                                                                                    (date)

by:

**X** Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
*Leonard A. Melka, Registered Agent for Melka Marine, Inc.,
Suite 310, 6911 Richmond Highway, Alexandria, Virginia 22306*

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed
to the following officer of the defendant at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: [Describe briefly]

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I
am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter
concerning which service of process was made.

Under penalty of perjury, I delclare that the foregoing is true and correct.

Date: *March 10, 2011*   Signature: *Peter P. Mitrano*

Print Name: *Peter Paul Mitrano*
Business Address: *No. 72996-083*
*Federal Correctional Institution*
*P.O. Box 350*
*Beaver, West Virginia 25813*

**CERTIFICATE OF SERVICE**

I, _Peter Mitrano_ , certify that service of this summons and a copy of the complaint was made _March 10, 2011_
      (name)                                                                                              (date)

by:

_X_ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
    Leonard A. Melha, Suite 310
    6911 Richmond Highway
    Alexandria, Virginia 22306

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


____ Residence Service: By leaving the process with the following adult at:


____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed
     to the following officer of the defendant at:


____ Publication: The defendant was served as follows: [Describe briefly]


____ State Law: The defendant was served pursuant to the laws of the State of _____, as
     follows: [Describe briefly]


        If service was made by personal service, by residence service, or pursuant to state law, I further certify that I
am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter
concerning which service of process was made.


Under penalty of perjury, I delclare that the foregoing is true and correct.

Date: _March 10, 2011_  Signature: _Pete P. Mitrano_

                    Print Name: _Peter Paul Mitrano_
                    Business Address: _No. 72996-083_
                                      _Federal Correctional Institution_
                                      _P.O. Box 350_
                                      _Beaver, West Virginia 25813_