IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

PETER PAUL MITRANO,

    Debtor.

Case No. 2:10-bk-20476
Chapter 13

PETER PAUL MITRANO,

    Plaintiff,

v.

Adv. Proc. No. 2:11-ap-02002

UNITED STATES OF AMERICA, et al.,

    Defendants.

### RESPONSE OF LEONARD A. MELKA, KAROLYN MELKA, AND MELKA MARINE, INC. TO THE REQUEST FOR A DEFAULT

NOW COME Defendants, Leonard A. Melka, Karolyn Melka, and Melka Marine, Inc., by and through undersigned counsel, and state as follows:

1. That a Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted was filed with the United States Bankruptcy Court for the Southern District of West Virginia on April 1, 2011, document attached.

2. That document was mailed to Peter Paul Mitrano, No. 72996-083, at the Federal Correctional Institution, Beckley Camp, Post Office Box 350, Beaver, West Virginia, 25813 on April 1, 2011.

3. That pursuant to the Motion, the answer needed to be filed by April 2, 2011.

WHEREFORE, the answer having been timely filed, the Defendants' request that no default be entered.

                                        LEONARD A. MELKA, KAROLYN
                                        MELKA, and MELKA MARINE, INC.
                                        By Counsel

*/s/ Andrew Nason*
ANDREW S. NASON (WVSB# 2707)
PEPPER & NASON
8 Hale Street
Charleston, WV 25301
(304) 346-0361


*/s/ Daniel M. Press*
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800

*Counsel for Defendants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

PETER PAUL MITRANO,

    Debtor.

Case No. 2:10-bk-20476
Chapter 13

PETER PAUL MITRANO,

    Plaintiff,

v.

Adv. Proc. No. 2:11-ap-02002

UNITED STATES OF AMERICA, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I, Andrew S. Nason, do hereby certify that on April __8__, 2011, I served the foregoing *RESPONSE OF LEONARD A. MELKA, KAROLYN MELKA, AND MELKA MARINE, INC. TO THE REQUEST FOR A DEFAULT* upon the following by filing the same with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

    Helen M. Morris, Chapter 13 Trustee
    ch13trustee@wvtrustee.org

    Debra A. Wertman, Assistant U.S. Trustee
    Debra.A.Wertman@usdoj.gov

and I hereby certify that I have delivered said document to the following non-CM/ECF participant via first class U.S. Mail addressed as follows:

    Peter Paul Mitrano
    No. 72996-083
    Federal Correctional Institution Beckley Camp
    P.O. Box 350
    Beaver, WV 25813

                              */s/ Andrew Nason*
                              ANDREW S. NASON